# Court of Appeals
# of the State of Georgia

ATLANTA,    May 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1661.   JAMES R. THOMAS, JR., et al v. KIA AUTO SPORT OF COLUMBUS, INC., et al.**

In their pending civil action, James R. Thomas and Sabrina R. Thomas filed a motion to recuse Judge Smith and, subsequently, a motion for reassignment. On December 5, 2012, the court entered an order assigning the case to Judge Jordan. The Thomases then filed this notice of appeal.[1] We, however, lack jurisdiction.

No final order has been entered in the case, so the December 5 order is interlocutory. "A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure . . . , which includes obtaining a certificate of immediate review from the trial court." *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); see also OCGA § 5-6-34 (b). The Thomases' failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/23/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The Thomases directed their appeal to the Supreme Court, which transferred the matter here after it concluded that it had no basis for jurisdiction.